40 So.2d 644

## Theo DYE v. STATE.

### 8 Div. 513.

Supreme Court of Alabama.

May 19, 1949.

Rehearing Denied June 30, 1949.

J. A. Posey, of Haleyville, and Travis Williams and Wm. Stell, of Russellville, for petitioner.

A. A. Carmichael, Atty. Gen., and Hugh F. Culverhouse, Asst. Atty. Gen., opposed.

SIMPSON, Justice.

Petition of Theo, alias Buddy, Dye for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Dye v. State, 40 So.2d 641.

Writ denied.

BROWN, LIVINGSTON and STAKELY, JJ., concur.